AO 91 (Rev. 08/09)  Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

2022 JAN 13  AM 11: 12

CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22MJ42 |
| LANCE MARION COJO | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 31, 2021 & January 1, 2022 in the county of Otero in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. §§ 113(a)(7), 1151, and 1153 | Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country |
| 18 U.S.C. §§ 113(a)(8), 1151, and 1153 | Assault of a Spouse, Intimate Partner, or Dating Partner by Strangulation in Indian Country |

This criminal complaint is based on these facts:

See Attachment A, which is attached and fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Collin Pilcher, Special Agent
*Printed name and title*

Sworn to before me by telephone pursuant to
Fed.R.Crim.P. 4.1(b)(2)(A) & 41(d)(3).

Date: 13 Jan 2022

*Judge's signature*

City and state: Las Cruces, New Mexico

Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **LANCE MARION COJO,** | ) |
| | ) |
| Defendant. | ) |

## **AFFIDAVIT**

The undersigned, being duly sworn, deposes and states the following:

1.  Affiant is a Special Agent for the Bureau of Indian Affairs (BIA), Office of Justice Services (OJS), Mescalero Agency. Affiant has been employed by the BIA since January 2014. Affiant has completed Federal Law Enforcement Training Center Rural Police Officer Training Program, Indian Police Academy in August 2014. Affiant completed Department of Interior Investigator Training Program in June 2021. Affiant's primary duty is to investigate violations of Section 18 of the United States Code occurring on the Mescalero Apache Reservation in Otero County, New Mexico.

2.  Information contained in this affidavit is the result of Affiant's own investigation and information obtained from other duly sworn law enforcement officials. This affidavit does not contain all information known by Affiant, only enough to establish probable cause exists that LANCE MARION COJO violated 18 U.S.C. §§ 113(a)(7), 1151, and 1153 Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country and 18 U.S.C. §§ 113(a)(8), 1151, and 1153 Assault of a Spouse, Intimate Partner, or Dating Partner by Strangulation in Indian Country.

Page 1 of 5

3. At approximately 9:57 a.m. on January 1, 2022, BIA OJS Dispatch Center received a phone call from A.K. A.K. told dispatch that she was assaulted by COJO at her residence. A.K. advised COJO left the residence after the assault. BIA Police Officer James Satterfield was notified and responded to the address provided by A.K. during the 911 call, which was within the exterior boundaries of the Mescalero Apache Reservation.

4. Upon arrival, Officer Satterfield requested Mescalero Apache Fire Rescue respond to the address and requested the on-call BIA agent. Both responded to the scene.

5. Mescalero Apache Fire Rescue transported A.K. to Lincoln County Medical Center in Ruidoso, New Mexico, for treatment.

6. Agent Pilcher conducted an interview with A.K. at Lincoln County Medical Center.

7. A.K. advised she has been in a dating and intimate relationship with COJO for approximately one year. A.K. advised COJO has been staying with her at residence on the Mescalero Apache Reservation off and on since their relationship began approximately one year prior to the assault.

8. A.K. advised COJO initially assaulted her in the evening of December 31, 2021. A.K. advised she was in the back bedroom of her residence on the Mescalero Apache Reservation with COJO when he began accusing her of cheating on him. COJO started arguing with her. In a rage, COJO stomped on A.K.'s foot, hit her in the head multiple times, and bit her cheek. A.K. advised COJO grabbed her by her throat with one hand and started choking her then stopped. COJO also burned A.K. on her right shoulder with a pipe used for smoking drugs.

9. A.K. advised that the following morning, January 1, 2022, an individual knocked on the door to her house, and A.K. checked to see who it was. After closing the door COJO came from a back bedroom asking A.K. who it was and started accusing A.K. of cheating on COJO.

10. A.K. advised COJO went back to his bedroom and started throwing things and slamming things in the bedroom. A.K. advised she laid down in bed with her two children ages five and seven. COJO then came into her bedroom and grabbed A.K. by the arm while she was laying in bed with her children.

11. A.K. advised COJO began yelling at her. COJO began hitting A.K. in the head A.K. advised COJO grabbed her throat and started choking her.

12. While being strangled A.K. had difficulty breathing, her vision was blurry, and she was worried about who would take care of her children if she died. A.K. successfully broke free of COJO's grip around her neck by moving around and pushing him away. A.K. said that when COJO let go of her she had difficulty catching her breath.

13. A.K. said her children tried to stop COJO by covering A.K., but A.K. grabbed and shielded her kids from being hit by COJO during the altercation. COJO then left the bedroom, returned, and began kicking A.K. in the back.

14. On January 4, 2022, Agent Pilcher obtained medical records from Lincoln County Medical Center regarding A.K.'s medical visit after the assaults on December 31, 2021, and January 1, 2022. The documents stated that A.K. had a periorbital contusion and ecchymosis to the left eye, left cheek, and right eye; a bite mark to the left cheek; fingertip bruising to the anterior neck; tenderness and swelling to the left posterior ribs; fingertip pattern ecchymosis to the left upper arm; a bite mark to the right forearm with a contusion; a bite mark that is open to the right fifth finger; scattered abrasions and contusions to her generalized body; a second degree burn that is approximately 2 cm in length to the shoulder (consistent with being burned with a pipe used for smoking drugs); and a small left apical pneumothorax

(collapsed lung), that doctors presume is posttraumatic/assault related, with an associated rib fracture deformity/acute posterior left 10th and 11th rib fractures.

15. On January 3, 2022, SA Pilcher obtained certificates of Indian blood from the Mescalero Apache Tribe regarding the enrollment of COJO and A.K. COJO's documents showed Lance Marion Cojo is listed on the Mescalero Apache Census Roll, which is an official record of this office as being of 1/2-degree Mescalero Apache Indian Blood. A. K. is listed on the Mescalero Apache Census Roll, which is an official record of this office as being of 11/16-degree Mescalero Apache Indian Blood.

16. Both the assault that occurred on December 31, 2021, and the assault that occurred on January 1, 2022, occurred within the exterior boundaries of the Mescalero Apache Reservation, in Otero County, in the District of New Mexico.

17. Based upon the above information, Affiant believes there is probable cause to believe that LANCE MARION COJO violated 18 U.S.C. §§ 113(a)(7), 1151, and 1153 Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country and 18 U.S.C. §§ 113(a)(8), 1151, and 1153 Assault of a Spouse, Intimate Partner, or Dating Partner by Strangulation in Indian Country.

18. This criminal complaint was approved by Assistant United States Attorney Matilda McCarthy Villalobos.

Respectfully submitted,

Collin J. Pilcher, Special Agent
Bureau of Indian Affairs

Criminal complaint
22MJ42

Subscribed and sworn before me this _13th_ day of _January_ 2022

_____
The Honorable Gregory B. Wormuth
United States Magistrate Judge