### UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **22-666 KG** | USA vs.: | **COJO** | |
| Date: | **10/11/2022** | Name of Deft: | **LANCE MARION COJO** | |

| Before the Honorable: | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Time In/Out: | **10:09-10:30AM** | Total Time in Court **(for JS10):** | **21 MINUTES** |
|---|---|---|---|
| Clerk: | **ANNETTE NANEZ** | Court Reporter: | **FATIMA SANCHEZ** |
| AUSA: | **MATILDA VILLALOBOS** | Defendant's Counsel: | **PACO VALCARCEL FOR BERNADETTE SEDILLO** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** |

| Probation Officer: | **JUAN CORRAL** | Sworn? | | Yes | | No |
|---|---|---|---|---|---|---|

| Convicted on: | **X** | Plea | | Verdict | As to: | **X** | Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|

| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **COUNTS 1 and 2** |
|---|---|---|---|---|---|---|

| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: |
|---|---|---|---|---|---|---|

| Date of Plea/Verdict: | **4/26/2022** | PSR: | **X** | Not Disputed | | Disputed |
|---|---|---|---|---|---|---|

| PSR: | **X** | Court Adopts PSR Findings | Evidentiary Hearing: | **X** | Not Needed | | Needed |
|---|---|---|---|---|---|---|---|

| Exceptions to PSR: | |
|---|---|

| **SENTENCE IMPOSED** | Imprisonment (BOP): | **24 MONTHS AS TO EACH COUNT; SAID TERMS WILL RUN CONCURRENTLY** |
|---|---|---|

| Supervised Release: | **3 YEARS AS TO EACH COUNT; SAID TERMS SHALL RUN CONCURRENTLY** | Probation: | |
|---|---|---|---|

| | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: |
|---|---|---|---|---|---|

| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |
|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | Comply with ICE laws and regulations | | Community service for ___ months ___ days |
| **X** | Participate in/successfully complete subst abuse program/testing up to a maximum of 60 tests per year. | | Reside halfway house ___ months ___ days |
| | Participate in/successfully complete mental health program | **X** | Participate in/successfully complete a community based provide education and training in anger management and domestic violence prevention |
| **X** | Refrain from use/possession of alcohol testing up to a maximum of 4 tests per day. | **X** | Participate in an educational or vocational program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | **X** | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |

**OTHER:**

| Fine: $ | | Restitution: $ | **NONE WILL BE ORDERED** |
|---|---|---|---|
| SPA: $ | **200.00**  ($100) as to each Count | Payment Schedule: | **X** Due Imm. | | Waived |
| OTHER: | | | |

| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |

| OTHER COMMENTS: | **GOVERNMENT MADE MULTIPLE ATTEMPTS TO MAKE CONTACT WITH VICTIM BUT WAS UNSUCCESSFUL. DEFENDANT ALLOCUTES** |
|---|---|