IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  No. 22-CR-666 KG

LANCE MARION COJO,

      Defendant.

## UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, the Defendant, LANCE MARION COJO, through his attorney, Barbara A. Mandel, Assistant Federal Public Defender, and pursuant to 18 U.S.C. § 3583(e)(1), respectfully moves this Court for an Order terminating the remaining term of supervised release imposed in this cause. The Government does not oppose this Motion. The United States Probation Office does not oppose this Motion.

As grounds therefore, Mr. Cojo states to the Court as follows:

On October 11, 2022, this Court sentenced Mr. Cojo to a total term of imprisonment of 24 months to be followed by 3 years of supervised release, after he was convicted of domestic abuse. Mr. Cojo began his term of supervised release on or about October 21, 2023. Prior to that he had been in BOP custody at Diesen Charities for one month and on home confinement also for one month.

According to his probation officer, Mr. Cojo has done "exceptionally well" while on supervised release. He has been consistently employed, has completed all the services provided to him by the United States Probation Office, and he has never tested positive for the use of

drugs or alcohol. Needless to say, he has had no violations and has complied with everything asked of him.

Mr. Cojo lives with his wife in Mescalero. He has been employed at Ski Abache for approximately one year, and in February he was promoted to supervisor. He works not only in ski season but throughout the year.

The District Court has the authority to terminate a term of supervised release after the defendant has served one year "after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e).

The Guide to Judiciary Policy states:

> At 18 months, there is a presumption in favor of recommending early termination [of supervised release] for persons who meet the following criteria:
>
> (1)   The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h)) or has not committed a sex offense or engaged in terrorism;
>
> (2)   The person presents no identified risk of harm to the public or victims;
>
> (3)   The person is free from any court-reported violations over a 12-month period;
>
> (4)   The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
>
> (5)   The person is in substantial compliance with all conditions of supervision; and
>
> (6)   The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

2

*Guide to Judiciary Policy*, Vol. 8, Part E, § 360.20(c) (July 2, 2018). The Guide further provides that "[a]fter 18 months, higher risk persons under supervision who have demonstrated a reduction in risk (as demonstrated by a reduction in PCRA level/category) and who are in substantial compliance with the factors provided above [in subsection (c)] **must** be considered for early termination." *Id*. §360.20(d) (emphasis added).

Termination is warranted in this case. Mr. Cojo has been living in the community for approximately two years. He has been on supervised release for one year and 10 months. He has shown by his conduct that he is no longer in need of supervision and termination of supervised release is warranted.

The Government does not oppose this Motion. United States Probation Officer Daniel Hernandez does not oppose this Motion.

WHEREFORE, for the foregoing reasons, Mr. Cojo respectfully requests that the Court grant the relief requested herein.

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
506 S. Main, Suite 400
Las Cruces, New Mexico 88001
(575) 527-6930

***Electronically filed (August 18, 2025)***
By: ***/s/ Barbara A. Mandel***
BARBARA A. MANDEL
Assistant Federal Public Defender

3